1
2
3
4      **UNITED STATES DISTRICT COURT**
5      **DISTRICT OF NEVADA**
6
       LAUSTEVEION JOHNSON,
7
                                    Plaintiff,                3:22-cv-00290-ART-CSD
8          v.
9      SLAVE-NOOSE, *et al.*,                      **ORDER EXCLUDING CASE FROM**
                                                   **EARLY MEDIATION PROGRAM**
10                                  Defendants.
11
12         Plaintiff, Lausteveion Johnson – Inmate #82138, is a frequent litigator in this court.  Johnson
13
14   currently has approximately 25 open cases pending before this court.  Since 2010, Johnson has filed
15   no fewer than 53 civil rights cases which have proved both unproductive and unsuccessful. (*See*, 3:12-
16   cv-301-LRH-VPC; 3:13-cv-689-VPC; 3:14-cv-122-MMD-WGC; 3:14-cv-303-MMD-VPC, 2:16-cv-
17   366-RFB-NJK; 2:16-cv-1889-GMN-DJA; 3:16-cv-693-MMD-CLB).
18         The court has reviewed this case and, while not opining on the merits, has determined that it
19
20   shall be excluded from the inmate mediation program in order to preserve the court's limited resources.
21   An order granting *in forma pauperis* shall issue and this case shall proceed on the normal litigation
     track.  The parties are free to privately discuss settlement if they so choose.
22
23         DATED:  January 13, 2023.
24                                          
25                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
26
27