**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>                            Plaintiff,<br><br>   v.<br><br>SLAVE NOOSE, *et al.*,<br><br>                            Defendants. | Case No. 3:22-cv-00290-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendants Kyle Olsen, Michael Tierney, and Lance White. (ECF No. 9.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 10.)

The Clerk shall ISSUE summonses for **Kyle Olsen**, **Michael Tierney**, and **Lance White** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 10.) The Clerk shall also SEND sufficient copies of the First Amended Complaint, (ECF No. 5), the screening order, (ECF No. 6), and this order to the U.S. Marshal for service on Defendants Kyle Olsen, Michael Tierney, and Lance White. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **April 18, 2023**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: February 10, 2023.

                                                                                *C S &*

                                        UNITED STATES MAGISTRATE JUDGE