# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SLAVE NOOSE, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:22-cv-00290-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

On February 27, 2023, the U.S. Marshal Service returned the summons for Defendant Kyle Olsen as unexecuted. (ECF No. 15.)  From notes made on the summons, it appears that a new (sealed) forwarding address was provided for Defendant Olsen.

**IT IS THEREFORE ORDERED** that the Clerk shall issue a summons for **Kyle Olsen** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 15-1). The Clerk shall also send one (1) copy of the First Amended Complaint (ECF No. 5), the screening order (ECF No. 6), and this order to the U.S. Marshal for service on Defendant Kyle Olsen. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **April 18, 2023**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED:  March 6, 2023.

_____
UNITED STATES MAGISTRATE JUDGE