AARON D. FORD
  Attorney General
SAMUEL L. PEZONE JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>SLAVE-NOOSE, *et al.*,<br><br>Defendants. | Case No. 3:22-cv-00290-CSD<br><br>ORDER GRANTING<br>**DEFENDANTS' MOTION TO STAY CASE PENDING GLOBAL SETTLEMENT CONFERENCE** |

Defendants, John Claudio-Bil, Shelly Conlin, Charles Daniels, Robert Hartman, Jeffrey Holz, Michael Flamm, Micheal Tierney, Armando Medina, and Lance White, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby move for a stay of this case pending an upcoming global settlement conference in *Johnson v. Garofalo, et al.*, Case No. 3:21-cv-00239-MMD-CLB.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.  FACTUAL BACKGROUND**

On April 26, 2023, this Court entered an order setting October 17, 2023, as the deadline to serve discovery, and November 16, 2023, as the date for completion of discovery. ECF No. 28.

///

Page **1**

On August 21, 2023, this court held a telephonic status conference in *Johnson v. Garofalo, et al.*, Case No. 3:21-cv-00239-MMD-CLB. ECF No. 35. During this conference, Deputy Attorney General Andrew Nelson, Plaintiff Lausteveion Johnson (Johnson) and his counsel agreed to participate in a global settlement conference regarding all of Johnson's civil cases pending in this court, including this case, *Johnson v. Slave-Noose, et al.*, Case No. 3:22-cv-00290-CSD. *See Id*.

Accordingly, this Court set Thursday October 5, 2023, at 9:00 AM, as the date and time for a global settlement conference. ECF No. 35 at 2. Further, this Court advised the parties to "request or file a stipulation regarding a stay in any case where they find it appropriate." *Id*. This request for a stay follows.

**II.   LEGAL STANDARD**

"A court's power to stay proceedings is incidental to its inherent power to manage its docket." *Stephens v. Comenity, LLC*, 287 F.Supp.3d 1091, 1096 (D. Nev. 2017) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936)). "Proceedings may be stayed 'pending resolution of independent proceedings which bear upon the case.'" *Id*. at 1096-97 (citing *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979)). "In determining whether a stay is appropriate, a court 'must weigh competing interests and maintain an even balance.'" *Id*. at 1097 (citing *Landis*, 299 U.S. at 254-55); *see also Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005). "These competing interests include: (1) possible damage resulting from granting a stay; (2) hardship or inequity to a party if the proceedings go forward; and (3) simplification or complication of issues, proof and questions of law from a stay." *Id*. (citing *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

**III.   ARGUMENT**

Staying this case will further the goal of efficiency for this Court and the parties, as a global settlement may result in the prompt resolution of this case. If a global settlement is not reached, Johnson may resume the instant case with only a short delay of five weeks. Discovery is ongoing and is due to be completed on November 16, 2023. ECF No. 28.

Without a stay, all parties may incur the expense of responding to additional discovery, which discovery may ultimately prove fruitless if this case is resolved at the global settlement conference.

Furthermore, the settlement conference may help to simplify the issues to be resolved in this litigation. Even if this case is not resolved, a settlement conference may allow the parties to eliminate some factual disputes in this case, which will make for more efficient discovery and narrower dispositive motions.

## IV.  CONCLUSION

This Court should grant a stay of these proceedings pending the upcoming global settlement conference on Thursday October 5, 2023, at 9:00 AM. Defendants request a stay of this case until no later than October 19, 2023, by which date the parties shall inform the court of the results of the global settlement conference.

DATED this 28th day of August, 2023.

> AARON D. FORD
> Attorney General
>
> By: /s/ Samuel L. Pezone Jr.
> SAMUEL L. PEZONE JR. (Bar No. 15978)
> Deputy Attorney General
>
> *Attorneys for Defendants*

IT IS SO ORDERED.

DATED: August 29, 2023.

_____
UNITED STATES MAGISTRATE JUDGE