1  AARON D. FORD
   Attorney General
2  SAMUEL L. PEZONE JR. (Bar No. 15978)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-4070 (phone)
   (702) 486-3773 (fax)
6  Email: spezone@ag.nv.gov

7  *Attorneys for Defendants*
   *John Claudio-Bil, Shelly Conlin,*
8  *Charles Daniels, Michael Flamm,*
   *Robert Harman, and Jeffrey Holz*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 3:22-cv-290-CSD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| SLAVE-NOOSE, *et al.*, | |
| Defendants. | |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby stipulate that above-captioned matter should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this __5__ of __October__ 2023.                DATED this ____ of _____ 2023.

By: _/s/ Lausteveion Johnson_                        By: *Samuel L. Pezone, Jr.*
LAUSTEVEION JOHNSON                                  SAMUEL L. PEZONE JR. Bar No. 15978
*Plaintiff*                                          Deputy Attorney General
                                                     *Attorneys for Defendants*

IT IS SO ORDERED.

DATED: October 20, 2023.

_/s/ CSD_
UNITED STATES MAGISTRATE JUDGE