1  AARON D. FORD
    Attorney General
2  SAMUEL L. PEZONE JR. (Bar No. 15978)
    Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-4070 (phone)
   (702) 486-3773 (fax)
6  Email: spezone@ag.nv.gov

7  *Attorneys for Defendants*
   *John Claudio-Bil, Shelly Conlin,*
8  *Charles Daniels, Michael Flamm,*
   *Robert Harman, and Jeffrey Holz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SLAVE-NOOSE, *et al.*,<br><br>    Defendants. | Case No. 3:22-cv-290-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby stipulate that above-captioned matter should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this __5__ of __October__ 2023.        DATED this ____ of _____ 2023.


By: _____              By: *Samuel L. Pezone, Jr.*
LAUSTEVEION JOHNSON                        SAMUEL L. PEZONE JR. Bar No. 15978
*Plaintiff*                                Deputy Attorney General
                                           *Attorneys for Defendants*


IT IS SO ORDERED.

DATED: November 15, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Page 1